IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Katrina R. Conway,<br><br>        Plaintiff,<br><br>   v.<br><br>Atrium Health,<br><br>        Defendant. | Civil Action No. 3:24-cv-701<br><br>**NOTICE OF REMOVAL** |

Exhibit A

FILED
DATE: March 28, 2024
TIME: 3:39:40 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: C. Rosado

STATE OF NORTH CAROLINA IN THE GENERAL COURT OF JUSTICE
 SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG

FILE NUMBER: 24CV014869-590

Katrina R. Conway,

_____,

_____,

 Plaintiff,

vs.

COMPLAINT

Atrium Health,

_____,

 Defendant.

JURY REQUESTED ☐

I, the Plaintiff(s), complaining of the Defendant(s), say and allege that

1. The Plaintiff is a citizen and resident of **Mecklenburg** County, North Carolina.

2. The Defendant is a citizen and resident of **Mecklenburg** County, North Carolina.

3. The Court has jurisdiction over this matter.

4. *(State what the Defendant has done to cause the damages you are claiming by listing each wrongful act separately)*

A. Terminated while covered under The Americans w/Disabilities Act of 1990 as amended + Title VII of the Civil Rights Act of 1964 as amended.

B. Not long after my complaints that I had submitted to Atrium Health - HR.

C. _____

D. _____

_____

WHEREFORE, the Plaintiff demands judgment against the Defendant for:

I am asking the court to award judgment against the Defendant(s) in the sum of $ 999,999.00 .
*(state claimed damages)*

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

For such other, further, and different relief to which the Plaintiff may be entitled.

This the 28 day of March, 2024.

Katrina R. Conway
Plaintiff

4640 Royer Rd. #58
Address

Toledo, OH 43623
City/State/Zip

704-903-7590
Telephone

Please Note My Permanent & Temporary Address are both listed due to ~~rece~~ recieving Breast Cancer and Liver Treatment (including) Chemotherapy in Toledo, Ohio.

P.O. Box 480887
Charlotte, NC
28269

# VERIFICATION

_Katrina R. Conway_ says that he/she is the Plaintiff in this matter, that he/she has read and understood this COMPLAINT and knows the contents to be true of his/her own personal knowledge, except for those matters and things set forth upon information and belief; and as to those matters and things, he/she believes them to be true.

_K. Conway_
Plaintiff

Sworn to and subscribed before me this 28th day of March, 2024

_Zeritha McFadden_
Notary Public

My commission expires: 6/20/28

[Notary Seal: Zeritha McFadden, Notary Public, Mecklenburg County, North Carolina]

